TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK, AUSA
Acting Chief, Civil Division
HUNTER B. THOMSON, AUSA
Acting Chief, Civil Fraud Section
California State Bar No. 330533
Room 7516, Federal Building
300 N. Los Angeles Street
Los Angeles, California 90012
Tel: (213) 894-6739; Fax: (213) 894-7819
Email: hunter.thomson@usdoj.gov

Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
08/17/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: smom DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA *ex rel*. **[UNDER SEAL]**,

Plaintiff[s],

v.

**[UNDER SEAL]**,

Defendant[s].

No. 2:22-cv-8758-MWF-AYPx

UNITED STATES' NOTICE OF ELECTION TO PARTIALLY INTERVENE FOR PURPOSE OF SETTLEMENT

**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**

[FILED/LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER RE: UNSEALING OF CASE]

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK, AUSA
Acting Chief, Civil Division
HUNTER B. THOMSON, AUSA
Acting Chief, Civil Fraud Section
California State Bar No. 330533
Room 7516, Federal Building
300 N. Los Angeles Street
Los Angeles, California 90012
Tel: (213) 894-6739; Fax: (213) 894-7819
Email: hunter.thomson@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA *ex rel*. DR. AJAY GUPTA,

Plaintiffs,

v.

MONOGRAM HEALTH PROFESSIONAL SERVICES; MONOGRAM HEALTH, INC., individually and d/b/a MONOGRAM HEALTH; LBMC EMPLOYMENT PARTNERS, LLC; CIGNA; CIGNA CORPORATION; CIGNA HOLDINGS CO.; CIGNA HOLDINGS, INC.; HUMANA; and HUMANA, INC.,

Defendants.

No. 2:22-cv-8758-MWF-AYPx

UNITED STATES' NOTICE OF ELECTION TO PARTIALLY INTERVENE FOR PURPOSE OF SETTLEMENT

**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**

[FILED/LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER RE: UNSEALING OF CASE]

In this *qui tam* case brought under the False Claims Act, 31 U.S.C. §§ 3729-33, the United States of America, defendants Monogram Health Professional Services, PC and Monogram Health, Inc. ("Settling Defendants"), and the Relator have entered into a written settlement agreement dated August 17, 2026 (the "Settlement Agreement").

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court that it elects to partially intervene in this case with respect to claims for the "Covered Conduct," as that term is defined in the Settlement Agreement.

The United States is partially intervening for the purpose of effectuating the Settlement Agreement. Pursuant to the Settlement Agreement, the United States and the Relator will promptly file a Joint Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1), after the United States receives the required payment from the Settling Defendants within 30 days of the Effective Date of the Settlement Agreement. The Joint Stipulation of Dismissal will specify that dismissal shall be with prejudice to Relator, with prejudice to the United States as to the Covered Conduct and Settling Defendants, and without prejudice to the United States as to all other claims and parties.

The United States respectfully requests that the Complaint, this Notice, and the accompanying proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this Notice.

/ / /

Dated: August 17, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK, AUSA
Acting Chief, Civil Division

/s/ Hunter B. Thomson
HUNTER B. THOMSON
Assistant United States Attorney
Acting Chief, Civil Fraud Section

Attorneys for the United States of America

**PROOF OF SERVICE BY E-MAIL**

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012:

On August 17, 2026, I served the UNITED STATES' NOTICE OF ELECTION TO PARTIALLY INTERVENE FOR PURPOSE OF SETTLEMENT on each person or entity named below by email pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).

Date of emailing: August 17, 2026. Place of emailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom emailed:

Matt E.O. Finkelberg
FINKELBERG LAW, APC
2816 Honolulu Ave. #516
Verdugo City, CA 91046
www.mfinkelberglaw.com
Tel.: (323) 438-1758
matt@mfinkelberglaw.com

*Attorneys for Relator*

I declare that I am a member of the bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2026, at Los Angeles, California.

/s/ Hunter B. Thomson
HUNTER B. THOMSON