JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. DR. AJAY GUPTA,<br><br>Plaintiffs,<br><br>v.<br><br>MONOGRAM HEALTH PROFESSIONAL SERVICES; MONOGRAM HEALTH, INC., individually and d/b/a MONOGRAM HEALTH; LBMC EMPLOYMENT PARTNERS, LLC; CIGNA; CIGNA CORPORATION; CIGNA HOLDINGS CO.; CIGNA HOLDINGS, INC.; HUMANA; and HUMANA, INC.,<br><br>Defendants. | No. 2:22-cv-8758-MWF-AYPx<br><br>ORDER DISMISSING CASE |

GOOD CAUSE APPEARING, IT IS ORDERED THAT

1. This case is dismissed pursuant to the terms of the settlement agreement entered into among the United States of America, Relator Dr. Ajay Gupta, and Defendants Monogram Health Professional Services, PC and Monogram Health, Inc.;
2. The dismissal shall be with prejudice to the Relator;
3. The dismissal shall be with prejudice to the United States as to the Covered Conduct as that term is defined in the settlement agreement and without prejudice to the United States as to all other claims and parties.

IT IS SO ORDERED.

Dated: October 6, 2026

UNITED STATES DISTRICT JUDGE